# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, INC, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | * No. 1:19-CV-02228-ELH |
| LINDA H. LAMONE, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 105.9 of the Rules of this Court, Defendants Linda H. Lamone, Michael R. Cogan, Patrick J. Hogan, William G. Voelp, Kelley A. Howells, and Malcolm L. Funn, all sued in their official capacities as State Administrator of Elections or Members of the State Board of Elections, by and through their undersigned counsel, respectfully file this Consent Motion for Extension of Time to extend the time for defendants to file an answer to or motion to dismiss the Complaint filed by plaintiffs National Federation of the Blind, Inc., National Federation of the Blind of Maryland, Joel Zimba, Ruth Sager, and Marie Cobb, by seven days. In support of this motion, defendants state as follows:

1. On August 1, 2019, plaintiffs filed the Complaint in this action, and on August 6. 2019 effected service of process on the defendants.

2. By operation of Rules 12(a)(1)(C) and 12(a)(4), defendants' responsive pleading or motion to dismiss pursuant to Rule 12(b) would be due August 27, 2019.

3. Due to undersigned counsel's pre-existing work and travel commitments, defendants require an extension of the deadline for responding or moving against the Complaint by seven days, to September 3, 2019.

4. On August 15, 2019, the undersigned counsel contacted counsel for the plaintiffs in this matter to inquire whether plaintiffs would consent to a one-week extension. On that same day, plaintiffs' counsel responded in the affirmative.

5. Defendants therefore respectfully request that this Court extend the time for defendants to respond or move against plaintiffs' Complaint to September 3, 2019.

/s/ Andrea W. Trento
ANDREA W. TRENTO (Bar No. 28816)
Assistant Attorney General
Maryland Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
atrento@oag.state.md.us
(410) 576-6472
(410) 576-6955 (facsimile)

August 16, 2019                    Attorneys for Defendants