# Exhibit B

## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

DAVID TRONE, ON BEHALF OF HIMSELF AND OTHER SIMILARLY SITUATED POLITICAL CANDIDATES; MERYL CONANT GOVERNSKI

    *Plaintiffs*,

v.

MARYLAND STATE BOARD OF ELECTIONS

    *Defendants*.

Case No. C-02-CV-16-000741

### PETITION FOR JUDICIAL REVIEW AND TEMPORARY RESTRAINING ORDER

Plaintiffs seek, under § 9-209(a) judicial review of the content and arrangement of the 2016 election ballot, as it will be displayed on the Ballot Marking Device (BMD). Plaintiffs also seek a Temporary Restraining Order for the reasons set forth below.

1. Maryland Election Law § 9-210(k) requires that "[o]n a voting machine ballot, the arrangement shall use the smallest number of rows or columns necessary, as evenly sized as possible, to accommodate all offices and candidates on the ballot."

2. Maryland Election Law § 9-203 requires that "[e]ach ballot shall (1) be easily understandable by voters; (2) present all candidates and questions in a fair and nondiscriminatory manner."

3. Plaintiffs, upon information and belief, understand that printing of paper election ballots will commence this weekend, on Sunday, March 6, 2016.

4. Plaintiffs, upon information and belief, understand that the arrangement of the ballot in the eighth district congressional primary will list the first seven candidates on screen one, followed with two candidates on the second screen.

5. Such a printing will cause violations of the above statutes because of the printing's impact on the presentation of candidates on electronic Ballot Marking Devices,

TM
04/07/16


3/15/16
MOOT
Judge Paul Garvey Goetzke

6. Thus, such a printing would foreclose the right of Plaintiffs, and those similarly situated, to meaningful relief or unnecessarily increase the cost to Maryland taxpayers of conducting the 2016 Primary Elections, or both.

7. Thereby, Plaintiffs request judicial review of the ballot, as well as a temporary restraining order to prevent the Maryland State Board of Elections from authroizing the printing of any paper election ballots before Tuesday, March 8, 2016, or any other action until Tuesday, March 8, 2016 that would impede the ability of Plaintiffs and those similarly situated from gaining meaningful relief for violations of the above statutes.

8. Plaintiff Trone is a registered voter in the eighth district, as well as a candidate for Congress.

9. Plaintiff Governski is a registered voter in the eighth district.

*Meryl Cont G*

Meryl Conant Governski

3/4/16

DENISE MANDEL
Notary Public-Maryland
Anne Arundel County
My Commission Expires
9/2/2018