**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **NATIONAL FEDERATION OF THE BLIND, INC., ET AL.,** | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Case No. SAG-19-2228 |
| **LINDA H. LAMONE, ET AL.,** | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Today, November 13, 2019, this Court held a telephonic conference call to discuss Plaintiffs' Motion for Leave to Take Expedited Discovery, ECF 25, and the related Opposition and Reply thereto, ECF 32-33. After reviewing the papers in this case, the Court finds that the merits of Defendants' arguments regarding the cost and feasibility of Plaintiffs' proposed alternative forms of voting are relevant to the disposition of Plaintiffs' Motion for Preliminary Injunction, ECF 21. Therefore, the Court finds that good cause exists for expedited discovery to occur before a motions hearing. Accordingly, it is, this 13th day of November, 2019, hereby ORDERED that Plaintiffs' Motion for Leave to Take Expedited Discovery, ECF 25, is **GRANTED**. The expedited discovery period shall commence immediately.

The Court also discussed the scheduling of this case during the call. Based on those discussions, it is hereby ORDERED that:

(1) Plaintiffs shall file a Reply in Support of Plaintiffs' Motion for Preliminary Injunction on or before December 19, 2019; and that

(2) The parties shall appear before the Court for a hearing on Defendants' Motion to Dismiss, ECF 17, and Plaintiffs' Motion for Preliminary Injunction, ECF 21, on January 13, 2020, at 9:30am in Courtroom 7C. The Court currently envisions only legal argument at this hearing, but is willing to consider a request from the parties to put forth a limited evidentiary presentation, should the need arise.

Dated: November 13, 2019

/s/
Stephanie A. Gallagher
United States District Judge