IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NATIONAL FEDERATION<br>OF THE BLIND, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 19-2228-SAG |
| | * | |
| LINDA H. LAMONE, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Joint Motion for Expedited Briefing Schedule and Extension of Reply Memorandum Deadline, it is this ___18th___ day of ___Dec___, 2019,

ORDERED that the Motion be and hereby is GRANTED; and it is further

ORDERED that: Defendants shall file their opposition to Plaintiffs' Motion for Leave to File Excess Pages, ECF No. 39, by December 18, 2019; Plaintiffs shall file any reply in support of their Motion for Leave to File Excess Pages by December 19, 2019; and Plaintiffs' Reply in Support of their Motion for Preliminary Injunction shall be due two business days after the Court rules on the Motion for Leave to File Excess Pages.

_____
The Hon. Stephanie A. Gallagher
U.S. District Judge, District of Maryland