IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, INC, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * No. 1:19-CV-02228-SAG |
| v. | * |
| | * |
| LINDA H. LAMONE, *et al.*, | * |
| | * |
| Defendants. | |

* * * * * * * * * * * * * * * * * * *

[PROPOSED] ORDER

Upon consideration of defendants' Motion for Leave to File Under Seal, it is this 10th day of January, 2020, ORDERED, that:

1. Defendants' Motion be and hereby is GRANTED;

2. Defendants' Sur-reply in Opposition to Plaintiffs' Motion for Preliminary Injunction, along with exhibits thereto, be sealed;

3. The parties and counsel for Election Systems and Software shall confer to determine how to go about filing publicly available versions of defendants' sealed sur-reply and exhibits, including by making redactions were necessary to protect confidential information; and

4. The parties shall provide a status report to the Court on January 23, 2020 if, by that date, publicly available versions of these materials have not been filed.

_____
The Hon. Stephanie A. Gallagher
U.S. District Judge