IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NATIONAL FEDERATION     \*
OF THE BLIND, INC., *et al.*,
                                       \*

      Plaintiffs,
                                       \*

v.                                                 Civil Action No. 19-2228-SAG
                                       \*

LINDA H. LAMONE, *et al.*,
                                       \*

      Defendants.
\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## **JOINT MOTION TO STAY PROCEEDINGS**

Plaintiffs and Defendants (collectively, "the Parties"), by and through their respective counsel, jointly move this Court for entry of an order staying these proceedings for sixty (60) days, and the Parties state the following in support thereof:

1. The Parties are currently engaged in discovery, which is scheduled to conclude on December 9, 2020. Dispositive pretrial motions are due on January 8, 2021. (Oct. 6, 2020 Order, ECF No. 75.)

2. The Parties recently resumed settlement negotiations and wish to devote their attention to those negotiations without simultaneously expending time and resources on discovery and preparing dispositive motions.

3. Accordingly, the Parties wish to stay these proceedings, including all currently pending discovery obligations, for a period of sixty (60) days to allow for a focused period of settlement discussions.

4. If the Parties are unsuccessful in reaching a negotiated settlement during this sixty-day period, they will notify the Court on or before the expiration of the stay with a joint motion to

reinstate the litigation and a request for modification of the scheduling order deadlines.

Wherefore, for good cause shown, Plaintiffs and Defendants jointly move this Court for a stay of the litigation, and suspension of the deadlines in the October 6, 2020 Scheduling Order, ECF No. 75, for a period of sixty (60) days.

Dated:  November 12, 2020

                                                    Respectfully submitted,

                                                     /s/
                                              Jessica P. Weber (Fed Bar No. 17893)
                                            Jamie Strawbridge (Fed Bar No. 20005)
                                            BROWN, GOLDSTEIN & LEVY, LLP
                                            120 E. Baltimore Street, Suite 1700
                                            Baltimore, Maryland  21202
                                            Tel:  410-962-1030
                                            Fax:  410-385-0869
                                            jweber@browngold.com
                                            jstrawbridge@browngold.com

                                            *Attorneys for Plaintiffs*


                                            BRIAN E. FROSH
                                            Attorney General of Maryland


                                                     /s/
                                            ANDREA W. TRENTO
                                            Assistant Attorney General
                                            Bar No. 28816
                                            200 Saint Paul Place, 20th Floor
                                            Baltimore, Maryland 21202
                                            (410) 576-6472
                                            (410) 576-6955 (facsimile)
                                            atrento@oag.state.md.us

                                            *Attorneys for Defendants*