IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NATIONAL FEDERATION OF THE BLIND, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 19-2228-SAG |
| LINDA H. LAMONE, *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants (collectively, "the Parties") stipulate to the dismissal with prejudice of this action in its entirety in accordance with the terms of the Parties' Settlement Agreement.

Dated: September 24, 2021

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

\_\_\_\_/s/\*_____
ANDREA W. TRENTO
Assistant Attorney General
Bar No. 28816
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6472
(410) 576-6955 (facsimile)
atrento@oag.state.md.us

*Attorneys for Defendants*

                      *Electronically signed, with permission, by Jessica P. Weber

                      _____/s/_____
Jessica P. Weber (Fed Bar No. 17893)
Jamie Strawbridge (Fed Bar No. 20005)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Tel: 410-962-1030
Fax: 410-385-0869
jweber@browngold.com
jstrawbridge@browngold.com

*Attorneys for Plaintiffs*

2